

## NUMBER 13-07-00601-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**DIANA C. DIAZ, D.D.S, P.C. AND DIANA N. DIAZ,**　　　　　**Appellants,**

**v.**

**JP MORGAN CHASE BANK, N.A.,**　　　　　**Appellee.**

---

### On Appeal from the 197th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellants, Diana C. Diaz, D.D.S. and Diana N. Diaz, appealed a judgment entered by the 197th District Court of Cameron County, Texas. On October 2, 2007, the Clerk of this Court notified appellants that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e). *See* TEX. R. APP. P. 9.5(e).

The Clerk directed appellants to file an amended notice of appeal with the district clerk's office within 30 days from the date of that notice. On January 8, the Clerk notified appellants that the defect had not been corrected and warned appellants that the appeal would be dismissed if the defect were not cured within ten days. To date, the defect has not been corrected, and the deputy clerk and court reporter have further informed this Court that appellants have failed to request and make payment arrangements for the appellate record in this cause. *See* TEX. R. APP. P. 37.3, 42.3(b),(c).

The Court, having considered the documents on file and appellant's failure to correct these defects, is of the opinion that the appeal should be dismissed. *See id.* 37.3, 42.3(b),(c).

Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.


PER CURIAM


Memorandum Opinion delivered
and filed this the 17th day of April, 2008.

2